ACCEPTED
01-15-00710-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 4:01:02 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00709-CR
NO. 01-15-00710-CR
NO. 01-15-00711-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/9/2015 4:01:02 PM
CHRISTOPHER A. PRINE
Clerk

In the Court of Appeals for the First District of Texas at Houston, Texas

ROBERT JAMES MARTIN V. THE STATE OF TEXAS

On appeal from the 149th District Court of Brazoria County, Texas, No. 74428 et al.

## APPELLANT'S MOTION TO STAY PROCEEDINGS

TO THE HONORABLE COURT OF APPEALS: Robert James Martin, appellant, files this Motion to Stay in this cause, and in support shows the following:

1. **Nature of Proceeding.** This appeal arises out of a proceeding in the District Court for the 149th Judicial District of Brazoria County, Texas. Robert James Martin entered a plea of guilty to three counts of aggravated robbery and was sentenced by the trial court. The judgment became final on July 29, 2015. Mr. Martin filed a timely Motion for New Trial on August 27, 2015, and timely presented the motion for hearing to the trial court.

2. **Deadline for Trial Court Action.** Mr. Martin's Motion for New Trial is overruled by operation of law on the 75th day after the judgment was entered (October 12, 2015) TEX. R. APP. PROC. 21.8. The trial court scheduled hearing on this motion for October 15, 2015. The undersigned counsel brought this to the trial court's attention. The trial court has made docket sheet entries in each case indicating this is the soonest date available to the trial court.

3. **Prejudice to Appellant.** Holding a hearing in the trial court on a legally moot motion will only serve to complicate the issues in the case. The hearing is necessary to develop evidence regarding the voluntariness of the plea entered by Mr. Martin. Additionally, the court record is not prepared and available.

4. **Prayer.** WHEREFORE, Appellant requests that this Court stay the trial court proceedings as currently scheduled.

Respectfully submitted,

/s/David Ryan
DAVID RYAN
SBN: 00786412
6161 Savoy Dr., Suite 1116
Houston, Texas 77036
(713)223-9898 FAX (713) 223-8448
Attorney for Appellee

APPENDIX: Docket Sheets, Brazoria County Cause No. 74428

**CERTIFICATE OF CONFERENCE**

I, David Ryan, hereby certify that counsel for appellee is not opposed to Appellee's Motion to Stay.

/s/David Ryan
DAVID RYAN

**CERTIFICATE OF SERVICE**
I hereby certify that a true and correct copy of the foregoing motion has been served on all counsel of record, on October 9, 2015.

/s/ DMR_____
DAVID M. RYAN

Appendix

| Date of Orders | Orders of Court | Process |
|---|---|---|
| 7/27/15 | Punishment hearing called for announcement; State & Defense announced Ready, State had opening stat, & defense. State called following witnesses: 1) Joel Rozas 2) Julio Montez 3) Nicoslava Montez 4) Alma Montez 5) John Sawyer 6) Travis Talbot 7) Jack Gentry 8) Joe Albin 9) Marcy Farley 10) Jose Morales; 11) Julio Morales 12) Carmine Morales 13) Guadalupe Morales; 14) Joe Rozas (recalled) 15) Raul Rozas 16) David Valasek 17) George Griffino 18) Sameerah Morales   7/28/15 | |
| 7/28/15 | Defense waived opening. Called following witnesses: 1) Dr. Jesse Reel 2) Angelo Reade 3) Thomas Lester 4) Jonathan Griffin. Defense Rest. (losing arguments made. Ct received verdict 7 10 years confinement in TDCJ. Credit for 68 days. Released. Ct returned verdict Gave A certification of right to appeal. T. Holden. All costs waived T. Holden | |
| 9/25/15 | MNT set Oct 15, 2015 due to schedule of the court and the 0 atty. T. Holden | |